```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A05-0238--CV (JKS)
              "LORENA M. ANDERSEN ET AL V SAFECO INS CO"

         Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 10/06/05
            Closed: 11/10/05

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (1) Citizen of This State
     DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

    Nature of Suit: (110) Insurance
                    INSURANCE BAD FAITH/BREACH OF CONTRACT
            Origin: (2) Removed from State Court
            Demand: 80
        Filing fee: Paid $250.00 on 10/06/05 receipt # 00126721
          Trial by: Jury
```

Parties of Record:                                  Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | ANDERSEN, LORENA M. | Jeffrey A. Magid<br>P. Dennis Maloney PC<br>2525 C Street, Suite 425<br>Anchorage, AK 99503<br>907-770-0007<br>FAX 907-222-0007 |
| PLF 2.1 | BORROMEO, ANTHONY | Jeffrey A. Magid<br>(see above) |
| DEF 1.1 | SAFECO INSURANCE CO OF AMERICA | Gary A. Zipkin<br>Guess & Rudd<br>510 L Street, Suite 700<br>Anchorage, AK 99501<br>907-793-2200<br>FAX 907-793-2299 |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A05-0238--CV (JKS)
                      "LORENA M. ANDERSEN ET AL V SAFECO INS CO"

                                   For all filing dates


   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 10/06/05
            Closed: 11/10/05

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (1) Citizen of This State
     DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

    Nature of Suit: (110) Insurance
                    INSURANCE BAD FAITH/BREACH OF CONTRACT
            Origin: (2) Removed from State Court
            Demand: 80
        Filing fee: Paid $250.00 on 10/06/05 receipt # 00126721
          Trial by: Jury


 Document #   Filed      Docket text

      1 -  1  10/06/05   DEF 1 Notice of Removal .

      2 -  1  10/06/05   DEF 1 Verification for notice of removal.

      3 -  1  10/06/05   DEF 1 Notice of filing notice of removal.

      4 -  1  10/06/05   DEF 1 Notice of compliance w/att exhs.

      4 -  2  10/06/05   DEF 1 Jury Demand.

      5 -  1  10/06/05   DEF 1 Service List.

      6 -  1  10/07/05   JKS Minute Order to Petitioner Subsequent to Removal.  Petitioner to
                         file w/crt w/i 10 days cy of state crt docs and svc list. cc: cnsl

      7 -  1  10/18/05   DEF 1 Disclosure statement.

      8 -  1  10/24/05   DEF 1 Answer to Complaint.

      9 -  1  10/25/05   JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                         due w/in 28 days from svc of this ord. cc: cnsl

     10 -  1  11/07/05   PLF 1-2; DEF 1 Stipulation for dismissal w/prejudice.

     11 -  1  11/10/05   JWS Order granting stipulation for dismissal w/prejudice (10-1). cc:
                         cnsl
```